NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000445
22-NOV-2011
09:51 AM**

NO. CAAP-11-0000445

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LISA A. WYRICK, Plaintiff-Appellant, v.
THOMAS R. WYRICK, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 07-1-176K)

ORDER APPROVING THE STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, the papers in support, and the records and files herein, it appears that the parties are stipulating to dismiss this appeal with the parties to bear their own costs on appeal. Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss appeal is approved, and this appeal is dismissed. The parties shall bear their own costs on appeal.

DATED: Honolulu, Hawai'i, November 22, 2011.

Chief Judge

Associate Judge

Associate Judge